UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26cv00936 CAS (SKx) Date: August 11, 2026

Title *TILAK KARKI v. US TRADEMARK VENTURE; ET AL.*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 1, 2026**, why this action should not be dismissed for lack of prosecution **as to defendants.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proofs of service of summons and complaint on **defendants US TRADEMARK VENTURE; NOAH DAVIS; TECHSVANTAGE, LLC; PRIME DIGITECH, LLC; and CONTENT HILL** on or before the above date, as a satisfactory response to the Order to Show Cause.

| | |
| --- | --- |
| | 00:00 |
| **Initials of Preparer** | CMJ |