Yakup Sari SBN: 336030
Sari Law Firm
540 N Golden Cir Dr #303
Santa Ana, CA 92705
Tel No. 949-426-5071
Email: info@sarilaw.us

Attorney for Plaintiff Tilak Karki

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TILAK KARKI<br>**Plaintiff,**<br>vs<br><br>US TRADEMARK VENTURE; NOAH DAVIS; TECHSVANTAGE LLC; PRIME DIGITECH LLC; SYEDA N MANZOOR; SYED MANZOOR RIZVI; and CONTENT HILL<br><br>**Defendants.** | **CASE NO: 2:26-CV-936**<br><br>**FIRST AMENDED COMPLAINT FOR:**<br>**1. RICO - VIOLATION OF 18 U.S.C. § 1962(C)**<br>**2. RICO CONSPIRACY - VIOLATION OF 18 U.S.C. §1962(D)**<br>**3. FRAUD**<br>**4. CONVERSION**<br>**5. UNJUST ENRICHMENT**<br>**6. CONSTRUCTIVE TRUST / RESTITUTION**<br><br>**[JURY TRIAL DEMAND]** |

Plaintiff Tilak Karki ("Plaintiff") files this First Amended Complaint against defendants US Trademark Venture, Noah Davis, Techsvantage LLC, Prime Digitech LLC, Syeda N Manzoor, Syed Manzoor Rizvi, and Content Hill ("Defendants") for damages and other relief for Defendants' violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), Fraud, Conversion, and Unjust Enrichment, and Constructive trust / Restitution. In support of his claim, Plaintiff alleges as follows:

## I. INTRODUCTION

1. This action arises from an organized racketeering and financial-fraud scheme conducted by Defendants through false representations, sham corporations, and interstate wire transfers designed to defraud Plaintiff Tilak Karki of over $115,940.00 USD.

2. Between October 2024 and January 2025, Defendant Noah Davis posing as a licensed attorney associated with the Defendant US Trademark Venture promising to defend LA Trade Center and recover funds through a cross-filing lawsuit induced Plaintiff to send money to various entities including Techsvantage LLC, Prime Digitech LLC, Content Hill, all used to launder and disperse fraud proceeds.

3. Defendants operated a coordinated enterprise through the use of bank fraud, wire fraud, and money laundering, each constituting predicate acts under the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. §§ 1341, 1343, 1956).

4. Plaintiff seeks treble damages under 18 U.S.C. § 1964(c), restitution, constructive trust over fraud proceeds, and injunctive relief to prevent further dissipation of funds.

## II. PARTIES

5. Plaintiff Tilak Karki is an individual residing at 415 San Pedro St, Unit 2 & 3, Los Angeles, California 90013.

6. Defendant US Trademark Venture is a US-based company with its office at 166 Geary St, 15th FL #1249, San Francisco, CA 94108, United States. Defendant Noah Davis communicated with the Plaintiff using the email address legal@ustrademarkventure.com, which is linked to the company.

7. Defendant Noah Davis is an individual believed to reside in California or another U.S. state, operating under the guise of a licensed attorney offering legal representation to Plaintiff and others.

8. Defendant Techsvantage LLC is a limited liability company registered in the United States and used as a front entity for receiving fraudulent wire transfers.

9. Defendant Prime Digitech LLC is a Texas limited liability company with its principal address at 12319 Meadow Breeze Dr, Cypress, Texas 77433. Prime Digitech LLC was

organized with the Texas Secretary of State on August 20, 2024, and holds bank accounts, including a Wells Fargo Bank, N.A. business checking account ending in 2403, that received funds from Plaintiff under false pretenses.

10. Defendant Syeda N Manzoor ("Manzoor") is an individual who, on information and belief, resides at 12319 Meadow Breeze Dr, Cypress, Texas 77433. According to records of Wells Fargo Bank, N.A., Defendant Manzoor is the 100% owner, member, and controlling person of Prime Digitech LLC and is an authorized signer on the Prime Digitech LLC account ending in 2403.

11. Defendant Syed Manzoor Rizvi ("Rizvi") is an individual who, on information and belief, resides at 12319 Meadow Breeze Dr, Cypress, Texas 77433. According to records of Wells Fargo Bank, N.A., Defendant Rizvi is the managing member of Prime Digitech LLC and is an authorized signer on the Prime Digitech LLC account ending in 2403.

12. Defendant Content Hill is a California corporation that served as another vehicle for receiving and concealing Plaintiff's money.

## III. JURISDICTION AND VENUE

13. This Court has federal question jurisdiction in this matter pursuant to 28 U.S.C. § 1331. This matter arises out of violations of the RICO Act, 18 U.S.C. §§ 1961 et seq.

14. Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions by Defendants giving rise to the claims occurred in this District.

15. This Court has personal jurisdiction over Defendants Prime Digitech LLC, Manzoor, and Rizvi pursuant to 18 U.S.C. § 1965(b), because the ends of justice require that parties residing in other districts be brought before this Court, and because these Defendants purposefully directed their conduct at California by receiving and exercising control over funds wired by Plaintiff, a resident of this District.

///

///

///

## IV. GENERAL ALLEGATIONS

16. In October 2024, Plaintiff was contacted by Defendant Noah Davis claiming to be an attorney representing LA Trade Center in a lawsuit and offering to "fight the case" for $26,000.00.

17. After payment, Defendant Noah Davis demanded additional sums, falsely claiming Plaintiff's wife was added as a defendant and that extra funds were needed for cross-filing and "court processing."

18. On October 4, 2024, Plaintiff Tilak Karki transferred $18,000.00 to Content Hill through WALLIS BANK at the direction of Defendant Noah Davis, who represented that the funds were required to initiate legal proceedings in connection with Plaintiff's case **(*See*, Exhibit A).**

19. On October 15, 2025, Plaintiff wired $7,127.00 to Content Hill through WALLIS BANK after Defendants fraudulently represented that such payment was a "final step" for closing the matter in Plaintiff's favor **(*See,* Exhibit B ).**

20. On December 19, 2024, Plaintiff wired $30,406.00 to Techsvantage LLC through WALLIS BANK, after Defendants insistence that the payment would be used for "court recovery and legal certification"**(*See*, Exhibit C).**

21. On January 14, 2025, Plaintiff wired $30,000.00 to Prime Digitech LLC through WELLS FARGO BANK, under the false pretense that the payment was required to complete processing of the supposed litigation **(*See*, Exhibit D).**

22. The Prime Digitech LLC account that received Plaintiff's $30,000.00 is a Wells Fargo Bank, N.A. business checking account ending in 2403. Defendants Manzoor and Rizvi opened the account on August 22, 2024, two days after Prime Digitech LLC was organized and less than two months before Defendants first contacted Plaintiff. Defendants Manzoor and Rizvi are the authorized signers on the account, and each had authority to direct and withdraw the funds deposited into it.

23. In opening the account, Prime Digitech LLC reported zero employees and $0.00 in annual gross sales. Defendants Manzoor and Rizvi share the same residential address,

which is also the registered address of Prime Digitech LLC. On information and belief, Prime Digitech LLC conducted no legitimate business and was formed and used by Defendants Manzoor and Rizvi as a vehicle to receive and disperse the proceeds of Defendants' scheme.

24. On January 27, 2025, Plaintiff wired $30,407.00 to Techsvantage LLC, after Defendant Davis's insistence that the payment would be used for "court recovery and legal certification" and for cross-filing against the other party **(*See*, Exhibit E).**

25. After receiving the funds, Defendants ceased communication and failed to perform any legal services, confirming the scheme's fraudulent nature.

26. Defendants' acts constitute a continuing pattern of racketeering activity spanning several months, involving multiple victims and financial institutions.

## V. THE ENTERPRISE

27. The Defendants constitute an association-in-fact enterprise under RICO, functioning through family ties, shared businesses, and coordinated bank accounts.

28. Their common purpose was to defraud individuals through false representations, obtain money via wire transfers, and launder proceeds through bank accounts under their control.

29. Predicate acts include wire fraud (18 U.S.C. § 1343), mail fraud (18 U.S.C. § 1341), and money laundering (18 U.S.C. § 1956).

## FIRST CAUSE OF ACTION

**(RICO, 18 U.S.C. § 1962(c))**

**(Against All Defendants)**

30. Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this First Amended Complaint.

31. Each Defendant, directly and through the enterprise, participated in a pattern of racketeering activity involving interstate and international commerce.

32. Defendants conducted and participated in the enterprise through a pattern of racketeering activity, including repeated acts of wire fraud (18 U.S.C. § 1343), mail fraud (18 U.S.C. § 1341), and money laundering (18 U.S.C. § 1956).

33. The racketeering acts were related, continuous, and spanned more than four months, targeting Plaintiff and potentially other victims.

34. As a direct and proximate result, Plaintiff has suffered damages exceeding $115,940.00 USD.

**35.** Pursuant to 18 U.S.C. § 1964(c), Plaintiff is entitled to recover treble damages, costs, and attorneys' fees.

## SECOND CAUSE OF ACTION

**Conspiracy to Violate RICO, 18 U.S.C. § 1962(d)**

**(Against All Defendants)**

**36.** Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this First Amended Complaint.

**37.** Defendants have unlawfully, knowingly and willfully combined, conspired, confederated and agreed together and with others to violate 18 U.S.C. § 1962(c) as described above, in violation of 18 U.S.C. § 1962(d).

**38.** Defendants knew that they were engaged in a conspiracy to commit the predicate acts of mail and wire fraud, and the participation and agreement of each of them was necessary to allow the commission of this pattern of racketeering activity.

**39.** Each Defendant agreed to conduct or participate, directly or indirectly, in the conduct, management, or operation of the Enterprise's affairs through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(c).

**40.** Each Defendant knew of and agreed to the conspiracy's overall objective to defraud Plaintiff of funds by use of wire transfers and sham entities.

**41.** Plaintiff suffered injury to business and property as a result.

**42.** Plaintiff is entitled to treble damages, attorneys' fees, and costs under 18 U.S.C. § 1964(c).

**THIRD CAUSE OF ACTION**

**(FRAUD)**

**(Against All Defendants)**

43. Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this First Amended Complaint.

44. Defendants knowingly made false representations to Plaintiff that they were providing legitimate legal services and that the payments would be used for court costs and case filing.

45. Defendants knew these representations were false and intended Plaintiff to rely upon them.

46. Plaintiff justifiably relied and transferred substantial sums.

47. Plaintiff has been damaged of an amount $115,940.00 as a result of Defendants' fraud.

**FOURTH CAUSE OF ACTION**

**(CONVERSION)**

**(Against All Defendants)**

48. Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this First Amended Complaint.

49. Plaintiff owned and had the right to possess the funds transferred to Defendants.

50. Defendants wrongfully exercised dominion and control over Plaintiff's funds by diverting and retaining them for personal use.

51. Plaintiff has been deprived of his property and suffered damages of an amount $ 115,940.00.

**FIFTH CAUSE OF ACTION**

**(UNJUST ENRICHMENT)**

**(Against All Defendants)**

52. Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this First Amended Complaint.

53. Defendants were unjustly enriched at Plaintiff's expense through receipt of fraudulent wire transfers.

54. Equity and good conscience require that Defendants disgorge the funds obtained from Plaintiff.

**SIXTH CAUSE OF ACTION**

**(CONSTRUCTIVE TRUST / RESTITUTION)**

**(Against All Defendants)**

55. Plaintiff realleges and incorporates herein by reference each and every foregoing paragraph of this First Amended Complaint.

56. Defendants hold money and property wrongfully obtained from Plaintiff in equity and good conscience.

57. Plaintiff is entitled to imposition of a constructive trust over Defendants' assets traceable to the fraudulent scheme, to ensure restitution.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants as follows:

1. Treble damages under 18 U.S.C. § 1964(c);
2. Compensatory damages of an amount $115,940.00 USD;
3. For pre-judgment interest and post-judgement interest according to statute;
4. For Plaintiff's reasonable attorneys' fees and costs according to statute, 18 U.S.C. § 1964(c);
5. Restitution and disgorgement of ill-gotten gains;
6. Punitive damages;
7. Injunctive relief preventing Defendants from dissipating fraud proceeds; and
8. For such other relief the Court deems just and proper.

Date: September 30, 2026

By: Yakup Sari

Yakup Sari, Esq.

Attorney for Plaintiff

# EXHIBIT A

# Wire Transfer

**DWR-00603733 - MOUNT EVEREST CLOUDS INC (12680)**

WALLISBANK

## Wire Details

**Transaction Number** DWR-00603733
**Recurring Frequency** One-Time Payment
**Amount** USD 18,000.00
**Debit Account** *5014 - DDA (LA TRADE CENTER INC) - Wallis Bank (113113392)
**Notify Initiator Options** Pending Actions: Notify via EMAIL
Pending Release: Notify via EMAIL
System Events: Notify via EMAIL
Complete - Unsuccessful: Notify via EMAIL
Complete - Successful: Notify via EMAIL
Early Action Taken: Notify via EMAIL
Early Action Removed: Notify via EMAIL
Expired: Notify via EMAIL
**Payment Date** 10/04/2024

## Originator Information

**Originator Name** LA TRADE CENTER
**Originator Address 1** 415 S SAN PEDRO ST STE 2
**Originator Address 2** LOS ANGELES, CA 90013 US
**Originator Address 3**

## Beneficiary / Payee Information

**Name** Content Hil
**Beneficiary ID Type** Account Number
**Beneficiary ID** 7[redacted]4
**Address 1** 4400 WYNE CRES
**Address 2** RICHMOND, BC, CAN
**Address 3** V6V 2T2
**Beneficiary Country** CA
**Contact Name** DAVIS NOAH
**Phone Number** 3234058373

## Beneficiary Bank Information

**Name** TD CANADA TRUST
**Beneficiary Bank ID Type** SWIFT BIC
**Beneficiary Bank ID** [redacted]TOR
**Address 1** 5300 NO 3 RD UNIT 626 RICHMOND BC
**Address 2** CAN
**Address 3** V6V 2X9
**Intl Routing Number** 02810
**Beneficiary Bank Country** CA

## Additional Bank Information

**Intermediary Bank ID**
**Intermediary Bank ID Type**
**Intermediary Bank Name**

**Correspondent Bank ID** [redacted]393
**Correspondent Bank ID Type** Fed ABA
**Correspondent Bank Name** BK AMER NYC

## Additional Reference Information

**Purpose Of Payment** #1927C-64CR79

**Additional Information For Beneficiary** BUSINESS MAGAGEMENT & CUNSULTING

## Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Oct 4, 2024 1:50:28 PM CDT | Delivered | SYSTEM | Wire Delivered. |
| Oct 4, 2024 1:50:27 PM CDT | Pending Delivery | 12680 / mounteverest (TILAK KARKI) | Wire Released. |
| Oct 4, 2024 1:49:31 PM CDT | Pending Release | SYSTEM | The transfer is available for release. |
| Oct 4, 2024 1:48:31 PM CDT | Created | 12680 / mounteverest (TILAK KARKI) | Wire Created. |

Report generated on 10/04/2024 01:50:51 PM CDT

# EXHIBIT B

# Wire Transfer

DWR-00605879 - MOUNT EVEREST CLOUDS INC (12680)

WALLISBANK

## Wire Details

| | |
|---|---|
| Transaction Number | DWR-00605879 |
| Recurring Frequency | One-Time Payment |
| Amount | USD 7,127.00 |
| Debit Account | *5014 - DDA (LA TRADE CENTER INC) - Wallis Bank (113113392) |
| Notify Initiator Options | Pending Actions: Notify via EMAIL<br>Pending Release: Notify via EMAIL<br>System Events: Notify via EMAIL<br>Complete - Unsuccessful: Notify via EMAIL<br>Complete - Successful: Notify via EMAIL<br>Early Action Taken: Notify via EMAIL<br>Early Action Removed: Notify via EMAIL<br>Expired: Notify via EMAIL |
| Payment Date | 10/15/2024 |

## Originator Information

| | |
|---|---|
| Originator Name | LA TRADE CENTER INC |
| Originator Address 1 | 415 S SAN PEDRO ST STE 2 |
| Originator Address 2 | LOS ANGELES, CA 90013 US |
| Originator Address 3 | |

## Beneficiary / Payee Information

| | |
|---|---|
| Name | Content Hill |
| Beneficiary ID Type | Account Number |
| Beneficiary ID | [redacted]4 |
| Address 1 | 4400 WYNE CRES |
| Address 2 | Richmond, BC,CAN |
| Address 3 | V6V 2T2 |
| Beneficiary Country | CA |
| Contact Name | Davis Noah |
| Phone Number | [redacted]58373 |

## Beneficiary Bank Information

| | |
|---|---|
| Name | TD CANADA TRUST |
| Beneficiary Bank ID Type | SWIFT BIC |
| Beneficiary Bank ID | [redacted]TOR |
| Address 1 | 5300 NO 3 RD UNIT 626 RICHMOND BC |
| Address 2 | CAN |
| Address 3 | V6V 2X9<br>International Bank |
| Intl Routing Number | 02810 |
| Beneficiary Bank Country | CA |

## Additional Reference Information

| | |
|---|---|
| Purpose Of Payment | #1927C-64CR79 |
| Additional Information For Beneficiary | BUSINESS MANAGEMENT & CUNSULTING |

## Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Oct 11, 2024 7:18:20 PM CDT | Created | 12680 / mounteverest (TILAK KARKI) | Wire Created. |

# EXHIBIT C

# ACH Payment

**ACH-00626591 - MOUNT EVEREST CLOUDS INC (12680)**

WALLISBANK

## ACH Batch Details

| | |
|---|---|
| **Transaction Number** | ACH-00626591 |
| **Import File Name** | |
| **Import Batch ID** | |
| **Recurring Frequency** | One-Time Payment |
| **Total Credits** | $30,406.00 (1) |
| **ACH Company** | LA TRADE CENTER (830744052) |
| **Batch Type** | Business (CCD) - Credit Only |
| **Offset Account** | *5014 - DDA (LA TRADE CENTER INC) - Wallis Bank (113113392) |
| **Memo** | |
| **Company Discretionary Data** | Techsvantage LLC (7 |
| **Company Entry Description** | Techsventa |
| **Notify Initiator Options** | Pending Actions: Notify via EMAIL<br>System Events: Notify via EMAIL<br>Complete - Unsuccessful: Notify via EMAIL<br>Complete - Successful: Notify via EMAIL<br>Early Action Taken: Notify via EMAIL<br>Early Action Removed: Notify via EMAIL<br>Expired: Notify via EMAIL |
| **Payment Creation Date** | Dec 19, 2024 2:05 PM CST |
| **Processing Date** | 12/19/2024 |
| **Payment Date** | 12/20/2024 |
| **Status** | Completed |

| Excluded | Payee | ABA | Account | Amount | Addenda | Prenote |
|---|---|---|---|---|---|---|
| | Techsvantage LLC (*7607) | [redacted]07 | *7384 | $30,406.00 | 2341C-42DW37 | |

## Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Dec 19, 2024 2:45:03 PM CST | Completed | SYSTEM | Delivered. |
| Dec 19, 2024 2:05:15 PM CST | Pending Delivery | 12680 / mounteverest (TILAK KARKI) | ACH Batch pending delivery. |
| Dec 19, 2024 2:05:15 PM CST | Created | 12680 / mounteverest (TILAK KARKI) | Batch Created. |



Report generated on 12/21/2024 07:01:27 PM CST

# EXHIBIT D

Submitted

Print this Page

**Transfer status: Scheduled**
**Order number:**5[redacted]3458

**Transfer Accounts**

**From:** Business Adv Relationship - 5320 : Avail. Bal $181,905.10

**To:** Prime Digitech LLC (Wells Fargo Bank)

**Transfer Details**

**Send amount**

Send amount: $30,000.00

Additional fee: $30.00

**Transfer description**

invoice 2507Z-68EG17

**Transfer dates**

Frequency: One time on...

Delivery speed: Same Day

Start on date: 01/14/2025

Estimated delivery date: 01/14/2025
**Note:** The receiving bank may make funds available later than this.

# EXHIBIT E

Gmail

Tilak Karki <geluware

## Invoice No# 2341C-42DW37

1 message

Legal <legal@ustrademarkventure.com>
To: Tilak Karki <geluware@gmail.com>

Tue, Dec 17, 2

Dear Tilak

I hope this message finds you well.

Please find below the details for the wire transfer. The total amount due now is **$30,407**

The remaining amount will be split between January 4th and January 27th, 2025

**Wire Transfer:**

**Bank Name:** PNC Bank
**Account Title:** Techsvantage LLC
**Account Number:** [redacted]384
**Routing Number:** [redacted]07
**Bank Address:** 4315 WEBSTER AVE APT LG BRONX, NY 10470

**Amount: $30,407**

**Description: Business Consulting-[redacted]42DW37**

Once completed, please attach a screenshot as a reply to this email.

Thank you for your prompt attention to this matter.

**Best regards,**

**Noah Davis (Attorney Advisor)**
**US Trademark Venture.**
**(323) 405-8373**

US Trademark Venture

2 attachments